ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Industrial Marine, Inc. | ) ASBCA No. 63975 |
| | ) |
| Under Contract No. N00383-21-P-P034 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Justin Hawkins
                                 Vice President

APPEARANCES FOR THE GOVERNMENT:  Tracey R. Rockenbach, Esq.
                                  Navy Chief Trial Attorney
                                 Georgia E. Russell, Esq.
                                  Trial Attorney

ORDER OF DISMISSAL

By motion dated June 23, 2026, the parties jointly requested that this appeal be dismissed with prejudice "based on agreement of the parties." The Board grants this request; the appeal is dismissed with prejudice.

Dated:  June 24, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63975, Appeal of Industrial Marine, Inc., rendered in conformance with the Board's Charter.

Dated: June 24, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals